# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724** <br> **16-MD-2724** <br><br> **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** | |
| *Connecticut et al. v. Teva Pharmaceuticals USA, Inc. et al*, | **No. 19-cv-2407** |
| *1199SEIU Nat'l Benefit Fund et al. v. Actavis Holdco U.S., Inc. et al.* | **No. 16-CB-27242** |
| *American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan et al. v. Mylan Inc. et al.* | **No. 16-CM-27242** |
| *American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan et al. v. Apotex Corp. et al.* | **No. 16-PV-27242** |

## ORDER

**AND NOW**, on this 7th day of October 2020, upon consideration of the attached Stipulation, which applies to Civil Action Nos. 19-cv-2407, 16-CB-27242, 16-CM-27242, and 16-PV-272422, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | **MDL 2724** <br> **16-MD-2724** |
| THIS DOCUMENT RELATES TO: <br><br> *Connecticut et al. v. Teva Pharmaceuticals USA, Inc. et al*, no. 19-cv-2407 <br><br> *1199SEIU Nat'l Benefit Fund et al. v. Actavis Holdco U.S., Inc. et al.,* No. 16-CB-27242 <br><br> *American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan et al. v. Mylan Inc. et al.*, No. 16-CM-27242 <br><br> *American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan et al. v. Apotex Corp. et al.*, 16-PV-27242 | **HON. CYNTHIA M. RUFE** |

**JOINT STIPULATION TO SET THE SCHEDULE FOR FILING RESPONSIVE**
**PLEADINGS FOR THE EPP AND STATE AG BELLWETHER CASES**

WHEREAS, on September 1, 2020, Defendants submitted a proposed case management order and schedule (MDL Doc. 1498), which proposed a deadline of November 1, 2020 for Defendants to file responsive pleadings to End-Payer Plaintiffs' ("EPPs") class-action complaints as to clobetasol, clomipramine, and pravastatin (the "EPP Individual Drug Bellwether Cases"), and the State Plaintiffs' Teva-centric Amended Complaint filed November 1, 2019 (the "Teva AG Bellwether Case", and together with the EPP Individual Drug Bellwether Cases, the "EPP and Teva AG Bellwether Cases");

WHEREAS, on September 1, 2020, the EPPs and the State Plaintiffs submitted a proposed case management order and schedule for the EPP and Teva AG Bellwether Cases

(MDL Doc. 1497), proposing a deadline of October 15, 2020 for Defendants to file any motions to dismiss the EPP and Teva AG Bellwether Cases; and

WHEREAS, the Court has not yet issued an order setting a schedule for Defendants to file responsive pleadings to the EPP and Teva AG Bellwether Cases.

It is hereby STIPULATED AND AGREED, by and among the undersigned counsel as follows:

1. Defendants shall file responsive pleadings to the EPP and Teva AG Bellwether Cases on or before November 2, 2020.

2. Defendants, EPPs, and the State Plaintiffs will meet and confer after November 2, 2020 to set a briefing schedule to govern any motions to dismiss the EPP and Teva AG Bellwether Cases.

**IT IS SO STIPULATED.**

Dated: September 30, 2020                      Respectfully submitted,

*/s/ Roberta D. Liebenberg*  
Roberta D. Liebenberg  
FINE, KAPLAN AND BLACK, R.P.C.  
One South Broad Street, 23rd Floor  
Philadelphia, PA 19107  
215-567-6565  
rliebenberg@finekaplan.com  

*Lead and Liaison Counsel for the End-Payer Plaintiffs*

*/s/ Jan P. Levine*  
Jan P. Levine  
TROUTMAN PEPPER HAMILTON SANDERS LLP  
3000 Two Logan Square  
Eighteenth & Arch Streets  
Philadelphia, PA 19103-2799  
Tel: (215) 981-4000  
Fax: (215) 981-4750  
jan.levine@troutman.com  

*/s/ W. Joseph Nielsen*  
W. Joseph Nielsen  
Assistant Attorney General  
55 Elm Street  
P.O. Box 120  
Hartford, CT 06141-0120  
Tel: (860) 808-5040  
Fax: (860) 808-5033  
Joseph.Nielsen@ct.gov  

*Liaison Counsel for the States*

*/s/ Sheron Korpus*  
Sheron Korpus  
KASOWITZ BENSON TORRES LLP  
1633 Broadway  
New York, NY 10019  
Tel: (212) 506-1700  
Fax: (212) 506-1800  
skorpus@kasowitz.com  

*/s/ Devora W. Allon*  
Devora W. Allon  
KIRKLAND & ELLIS LLP  
601 Lexington Avenue  
New York, NY 10022  
Tel: (212) 446-5967  
Fax: (212) 446-6460  
devora.allon@kirkland.com  

*/s/ Chul Pak*  
Chul Pak  
WILSON SONSINI GOODRICH & ROSATI  
Professional Corporation  
1301 Avenue of the Americas, 40th Fl.  
New York, NY 10019  
Tel: (212) 999-5800  
Fax: (212) 999-5899  
cpak@wsgr.com  

3

*/s/ Sarah F. Kirkpatrick*

Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY, LLC
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5958
skirkpatrick@wc.com


*Defendants' Liaison Counsel*

4